QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Megan O'Neill (Bar No. 220147)
meganoneill@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant
Activision, Inc.

x JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SAMUEL LIVINGSTON, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION, INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants. | CASE NO. CV-07-08057 DSF (CTx)<br><br>[PROPOSED] ORDER ENTERING JUDGMENT OF DISMISSAL WITH PREJUDICE |

21432/2339230.1

WHEREAS, the parties submitted on March 26, 2008 a Stipulated Entry of Judgment of Dismissal with Prejudice and General Release;

IT IS HEREBY ORDERED that this Action is hereby dismissed with prejudice in its entirety as against the named plaintiff and without prejudice as against the proposed class (as defined in the complaint in the Action), on the terms set forth in the referenced Stipulation.

Dated: 3-27-08

Honorable Dale S. Fischer
United States District Court Judge

Respectfully submitted by:

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By:
Shon Morgan
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100